```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 00487
   THEODORE ROBENSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-4175

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 01/06/2005 and was confirmed 06/02/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  22.00%.

      The case was paid in full 09/18/2008.
--------------------------------------------------------------------------------
   CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                               PAID        PAID
--------------------------------------------------------------------------------
   CITY OF CHICAGO PARKING    UNSECURED         7180.00          .00     1579.60
   DISCOVER CARD              UNSECURED        NOT FILED         .00         .00
   AMERITECH CELLULAR         UNSECURED        NOT FILED         .00         .00
   SPRINT                     UNSECURED        NOT FILED         .00         .00
   ST FRANCIS                 UNSECURED        NOT FILED         .00         .00
   T MOBILE                   UNSECURED        NOT FILED         .00         .00
   WEISS PHYSICIANS           UNSECURED        NOT FILED         .00         .00
   WHEEL OF CHICAGO           UNSECURED        NOT FILED         .00         .00
   ROBERT J SEMRAD & ASSOC    REIMBURSEMENT     205.20           .00      205.20
   ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,200.00                  2,200.00
   TOM VAUGHN                 TRUSTEE                                      238.35
   DEBTOR REFUND              REFUND                                        76.85

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
   TRUSTEE           4,300.00

   PRIORITY                                  205.20
   SECURED                                      .00
   UNSECURED                                1,579.60
   ADMINISTRATIVE                           2,200.00
   TRUSTEE COMPENSATION                       238.35
   DEBTOR REFUND                               76.85
                     ---------------     ---------------
   TOTALS            4,300.00               4,300.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 00487 THEODORE ROBENSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/22/08                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```